UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

2009 SEP 30 AM 9:54

ALEX T. McKAY, )
 )
 Movant, )
 )
v. ) Case No. CV409-080
 ) CR407-428
UNITED STATES OF AMERICA, )
 )
 Respondent. )

# ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 30th day of SEPTEMBER, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA